UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. 2:24-cv-0010 AC P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has submitted what appears to be the first page of a civil complaint. ECF No. 1. Because the remainder of the complaint—including the factual allegations underlying plaintiff's claim(s) and plaintiff's signature—is missing, this case is unable to proceed. Plaintiff has also failed to either file an in forma pauperis application or pay the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate application in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, plaintiff may file a complaint

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case.

2. Within thirty days of the date of service of this order, plaintiff shall also submit an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $405.00.

3. Plaintiff's failure to comply with either provision of this order will result in a recommendation that this matter be dismissed.

4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district and an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 10, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2