UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No.  2:24-cv-0010 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a thirty-day extension of time to file a complaint and submit an application to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED; and

2.  Plaintiff is granted thirty days from the service of this order in which to file a complaint and submit an application to proceed in forma pauperis.

DATED: February 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE