UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK,<br><br>           Plaintiff,<br><br>      v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>           Defendants. | No.  2:24-cv-0010 DJC AC P<br><br><br>ORDER |

    Plaintiff has filed a second motion for extension of time to file an amended complaint and requests an additional fourteen days.  ECF No. 8.  Good cause appearing, the motion will be granted.  Plaintiff is reminded that he must also submit an application to proceed in forma pauperis or pay the filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 8) is GRANTED; and

    2.  Plaintiff is granted fourteen days from the service of this order in which to file an amended complaint and submit either an application to proceed in forma pauperis or the filing fee.

DATED: April 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE