1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY E. MACK,                            No.  2:24-cv-0010 DJC AC P

12                   Plaintiff,

13           v.                                   ORDER

14    DIRECTOR OF CORRECTIONS, et al.,

15                   Defendants.

16

17          By order filed January 11, 2024, plaintiff was ordered to file a complaint.[1]  ECF No. 3.

18    He was also ordered to file a completed in forma pauperis application or pay the filing fee and

19    was cautioned that failure to comply with either provision of the order would result in a

20    recommendation that this action be dismissed.  Id.  Plaintiff then requested and was granted two

21    extensions of time.  ECF Nos. 7, 9.  The time for complying with the court's order has now

22    expired, and plaintiff has not taken any further action.  Plaintiff will be given one final

23    opportunity to file a complaint and submit an application to proceed in forma pauperis or pay the

24    filing fee.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.  Within twenty-one days of the service of this order, plaintiff shall file a complaint;

27    _____

28    [1]  The original complaint consisted of only the first page of the complaint and did not include any
      factual allegations or plaintiff's signature.  ECF No. 1.

1

2. Within twenty-one days of the service of this order, plaintiff shall either submit an application to proceed in forma pauperis or pay the filing fee; and

3. Failure to comply with either provision of this order will result in a recommendation that this action be dismissed without further warning.

DATED: May 7, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2