UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. 2:24-cv-0010 DJC AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

By order filed January 11, 2024, plaintiff was ordered to file a complaint.[1] ECF No. 3. He was also ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to comply with either provision of the order would result in a recommendation that this action be dismissed. Id. Plaintiff requested and was granted two extensions of time (ECF Nos. 7, 9) and was given an additional twenty-one days to comply after the time expired and he failed to take any further action (ECF No. 10). He then requested a stay of proceedings (ECF No. 11), which was denied (ECF No. 12). Instead plaintiff was granted a final extension of time to file a complaint and submit an application to proceed in forma pauperis, and was cautioned that failure to comply would result in a recommendation that this action be dismissed and that no further extensions of time would be granted absent a showing of

---

[1] The original complaint consisted of only the first page of a complaint and did not include any factual allegations or plaintiff's signature. ECF No. 1.

1

extraordinary circumstances.  Id.  The deadline to comply has now passed, and plaintiff has not complied with either provision of the order or otherwise responded to the order.  The undersigned will therefore recommend dismissal of this action for failure to prosecute.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE